UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-446 BRO | Date | June 29, 2015 |
|---|---|---|---|

| Present: The Honorable | **BEVERLY REID O'CONNELL, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | Armenian Interpreter Needed |

| Renee Fisher | Not Present | Andrew Brown, AUSA – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Vagan Dobadzhyan | Not | √ | | 1) Victor Sherman, Ret. | Not | | √ |

| Proceedings: | IN CHAMBERS ORDER RE GOVERNMENT'S MOTION FOR DECLARATION THAT VAGAN DOBADZHYAN BREACHED HIS PLEA AGREEMENT (filed 6/25/2015) [106] |
|---|---|

The Court sets this matter for hearing on July 27, 2015 at 9:00 a.m. Opposition to the motion/declaration is to be filed no later than July 13, 2015. Any reply is to be filed no later than July 20, 2015.

IT IS SO ORDERED.

: 

Initials of Deputy Clerk   rf